# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0021

VERSUS

VICTOR GALAN

**MARCH 14, 2022**

---

In Re:   Victor Galan, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         563,468.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT